## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Michael Dombroski and Elizabeth Dombroski, husband and wife, | : | |
| Appellants | : | |
| | : | |
| v. | : | No. 1050 C.D. 2018 |
| | : | |
| Dallas Township Zoning Hearing Board and Alan Pugh and Brenda Pugh, husband and wife | : | |

# **O R D E R**

NOW, July 8, 2019, having considered appellees' application for reargument and appellants' answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge